UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRENT ARTHUR WILSON,

　　　　　　　　Plaintiff,

　　v.

LAUREN ERICKSON, *et al.*,

　　　　　　　　Defendants.

CASE NO. 3:23-cv-05575-DGE

REPORT AND RECOMMENDATION

Noting Date: September 29, 2023

　　Plaintiff Brent Arthur Wilson, proceeding *pro se*, filed this action alleging government officials unlawfully took possession of his home and property. *See* Dkt. 1-1. The District Court has referred Plaintiff's pending Application to Proceed *In Forma Pauperis* ("IFP") and proposed Complaint to United States Magistrate Judge Grady J. Leupold pursuant to Amended General Order 11-22.

　　Plaintiff filed this action on June 28, 2023. *See* Dkt. 1. On July 17, 2023, the Court screened Plaintiff's proposed Complaint and found it was deficient because Plaintiff failed to state a claim upon which relief may be granted. *See* Dkt. 6. The Court informed Plaintiff that, to proceed with this lawsuit, he must file an amended complaint; re-noted the pending Application

REPORT AND RECOMMENDATION - 1

to Proceed IFP; and provided Plaintiff leave to file an amended pleading by August 18, 2023, to cure the deficiencies. *Id*.

Plaintiff has failed to comply with the Court's Order. He has not filed a response to the Order or filed an amended complaint. Further, as discussed in the Order, Plaintiff's proposed Complaint has failed to state a claim upon which relief can be granted. *See* Dkt. 6. Therefore, the Court recommends the Application to Proceed IFP (Dkt. 1) be **DENIED** and this case be **DISMISSED without prejudice**.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of the Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on September 29, 2023, as noted in the caption.

Dated this 13th day of September, 2023.

Grady J. Leupold
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2