UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRENT ARTHUR WILSON,<br><br>Plaintiff,<br>v.<br><br>LAUREN ERICKSON et al.,<br><br>Defendants. | CASE NO. 3:23-cv-05575-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 7) |

This matter comes before the Court on the Report and Recommendation of the Honorable Grady J. Leupold, United States Magistrate Judge. (Dkt. No. 7.) The Court, having considered de novo the Report and Recommendation and the remaining record, does hereby find and ORDER:

1. The Report and Recommendation (Dkt. No. 7) is ADOPTED;

2. Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. No. 1) is DENIED and the case is DISMISSED without prejudice; and

3. The Clerk SHALL enter judgment and close this case.

DATED this 5th day of October 2023.

David G. Estudillo
United States District Judge